COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        ART FM SPC and Assured Risk Transfer LLC v. OEJP, Inc.

and

East African Drilling, Ltd. a/k/a East Africa Drilling, Ltd. v. OEJP, Inc.

Appellate case number:      01-16-00192-CV

Trial court case number:     2015-58376

Trial court:              215th District Court of Harris County

OEJP, LLC, as assignee of appellees, Gary Holley, Mike Heidt, Jeremy Counahan, Carl (Eric) Dowden, Herb Cattee, Art Regehr, Alejandro Banda, Gary Campbell, Jason Crouch, Aaron Medina, Nick Medina, Oklahoma Rig Fabricators, LLC, and 66 Oilfield Services, LLC, has filed an unopposed motion to substitute OEJP, LLC as a party to this appeal in lieu of Gary Holley, Mike Heidt, Jeremy Counahan, Carl (Eric) Dowden, Herb Cattee, Art Regehr, Alejandro Banda, Gary Campbell, Jason Crouch, Aaron Medina, Nick Medina, Oklahoma Rig Fabricators, LLC, and 66 Oilfield Services, LLC.  The motion is **granted.**  *See* TEX. R. APP. P. 7.1(b).

The Clerk of this Court is directed to substitute on the docket of this Court OEJP, LLC for Gary Holley, Mike Heidt, Jeremy Counahan, Carl (Eric) Dowden, Herb Cattee, Art Regehr, Alejandro Banda, Gary Campbell, Jason Crouch, Aaron Medina, Nick Medina, Oklahoma Rig Fabricators, LLC, and 66 Oilfield Services, LLC as a party to this appeal.

OEJP, LLC also has filed an unopposed motion for an extension of time to file its brief. The motion is **granted**.  Appellee's brief is due to filed in this appeal no later than November 21, 2016. *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.

Judge's signature:    /s/ Terry Jennings
                            ☑ Acting individually

Date:  October 4, 2016